UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **RONALD DUNMORE**<br>    Plaintiff, | )<br>)<br>)<br>) |
| vs. | )   **Civil Action No.**<br>)   **1:11-CV-0389**<br>) |
| **NCO FINANCIAL SYSTEMS, INC.**<br>    Defendant, | )<br>)<br>)<br>)<br>) |

## NOTICE OF DISMISSAL

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), the Plaintiff hereby voluntarily dismisses this action with prejudice and each party to bear their own costs and attorney fees.

Dated:  June 16, 2011

RESPECTFULLY SUBMITTED:

/s/ Kevin J. Buckley, Jr.
Kevin J. Buckley, Jr.
Consumer Rights Law Firm
191 Merrimack Street, Suite 302
Haverhill, Massachusetts, 01830
Phone: (978) 212-3300
Fax: (888) 712-4458
Email:
attorneykevinb@consumerlawfirmcenter.com
Attorney for Plaintiff

## PROOF OF SERVICE

I hereby certify that on June 16, 2011, a copy of the foregoing was filed electronically in accordance with the Court's Electronic Filing Guidelines.  Notice of this filing will be sent to all parties by operation of the court's electronic filing system.  Parties may access this filing through the court's system.

/s/ Kevin J. Buckley, Jr.